# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** <br><br> **Plaintiff,** <br><br> **vs.** <br><br> **NIEKO A. RAY,** <br><br> **Defendant.** | 20-PO-05091-GF-JTJ <br><br> **VIOLATIONS:** <br> 9712354 <br> 9712355 <br> **Location Code: M13** <br><br> **ORDER** |

Based upon the unopposed motion of the United States and for good cause appearing,

IT IS HEREBY ORDERED that the defendant shall pay a total fine amount of $350 ($320 fine and $30 processing fee) for violation number 9712354. Payment(s) should be mailed to the following address:

Central Violations Bureau
P.O. Box 71363
Philadelphia, PA 19176-1363

The check(s) should be made out to the U.S. Courts - CVB. Defendant may also pay online at www.cvb.uscourts.gov.

IT IS ALSO ORDERED that violation 9712355 is DISMISSED.

IT IS FURTHER ORDERED that the bench trial in the above captioned matter, currently scheduled for December 17, 2020, is VACATED.

DATED this 15th day of December 2020.

_____
John Johnston
United States Magistrate Judge